In re GORDON'S ESTATE.
OLSEN et al. v. GORDON et al.

No. 6374.   Decided April 21, 1942.   (125 P. 2d 413.)

See 28 R. C. L., 405; 5 C. J. S. Appeal and Error, sec. 1653.

*Brockbank & Pope,* of Provo, for appellants.

*Christenson & Christenson,* of Provo, for respondents.

LARSON, Justice.

Appeal from the verdict of a jury and judgment thereon in a will contest, holding John H. Gordon incompetent to

execute the will and revoking letters testamentary there-
to fore issued. But one question is presented on this
appeal: Are the verdict and judgment sustained by
the evidence? No useful purpose would be subserved
by setting forth the testimony of the various witnesses. We
have read the record carefully. The evidence is in conflict,
but the jury could well have come to the conclusion it did.
It is not for us to weigh the evidence and substitute our
judgment for that of the jury and trial court.

The judgment is affirmed. Costs to respondents.

MOFFAT, C. J., and WOLFE, McDONOUGH, and
PRATT, JJ., concur.